FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| OSWALDO ENRIQUE VASQUEZ,<br>        Petitioner,<br>   v.<br>J. HARTLEY, WARDEN,<br>        Respondent. | Case No. SACV 08-00986 GAF (AN)<br>JUDGMENT |

IT IS HEREBY ADJUDGED that the remaining consecutive sentencing error claim raised in the Petition is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: March 31, 2009

_____
GARY ALLEN FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY